# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHABBAR RAFIQ,                          :        Civil No. 1:26-CV-00748
                                        :
    Petitioner,                         :
                                        :
    v.                                  :
                                        :
WARDEN CLINTON COUNTY                   :
CORRECTIONAL FACILITY,                  :
                                        :
    Respondent.                         :        Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 19th day of May, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the amended petition for writ of habeas corpus, Doc. 8, is **DENIED**.  The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania